## FRANK FRANC ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF BETHEL (AC 16473)

O'Connell, C. J., and Foti and Spear, Js.

Argued January 28—officially released February 17, 1998

Per Curiam. The judgment is affirmed.

## PAUL PANNONE *v.* GILMAN DUBE (AC 17021)

Schaller, Spear and Dupont, Js.

Submitted on briefs January 29—officially released February 24, 1998

Per Curiam. The judgment is affirmed.

## MARK RICHARD *v.* OLSTEN TEMPORARY SERVICES ET AL. (AC 17271)

Schaller, Spear and Dupont, Js.

Submitted on briefs January 29—officially released February 24, 1998

Per Curiam. The decision of the workers' compensation review board is affirmed.